United States District Court
Southern District of Texas
FILED

FEB 11 2000

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

APOLINAR COMPEAN *
*
VS. * CIVIL ACTION NO. B-00-028
*
FORD MOTOR COMPANY *

## NOTICE OF REMOVAL

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW FORD MOTOR COMPANY, Defendant in the above entitled and numbered cause, and files this its Notice of Removal of the present cause from the 103rd Judicial District Court of Cameron County, Texas, in which it is now pending, to the United States District Court for the Southern District of Texas, Brownsville Division, showing the Court as follows:

1. This cause was commenced in the 103rd Judicial District Court, Cameron County, Texas on January 20, 2000, when Plaintiff's Original Petition was filed in Cause Number 2000-01-276-B. A copy of Plaintiff's Original Petition is attached hereto and incorporated herein for all purposes to this Notice of Removal.

2. Defendant Ford Motor Company was served with a copy of the Plaintiff's Original Petition through its registered agent, CT Corporation System January 25, 2000. A copy of the Citation served on Defendant indicating date of service is attached hereto and incorporated herein for all purposes.

3. This is a civil action for injuries and damages allegedly incurred by Plainti in an automobile accident on January 31, 1998. Plaintiff alleges causes of action i negligence and strict liability.

4. Plaintiff alleges in Plaintiff's Original Petition that he is a residen Cameron County, Texas. Plaintiff is therefore a citizen of Texas.

5. Defendant Ford Motor Company is a foreign corporation, incorpora the State of Delaware, with its principal place of business in Michigan.

6. For the purposes of federal removal jurisdiction pursuant to 28 U.S.C. §1441, complete diversity of citizenship existed at the time this lawsuit was filed and now exists between the adverse parties in the present cause.

7. Defendant would further show the Court that Plaintiff's Original Petition seeks unspecified damages; however, based on the allegations and damages alleged in Plaintiff's pleadings, Plaintiff is seeking to recover from Defendant damages in excess of $75,000.00.

8. Upon filing of this Notice of Removal of this cause, written notice of the filing by petitioners to Plaintiff and his counsel has been provided as required by law. A copy of this notice is also being filed with the Clerk of the State Court in which this cause was originally filed.

9. This Notice of Removal is timely filed in accordance with 28 U.S.C. §1446(b), in that it is filed within thirty (30) days of service of Plaintiff's Original Petition on Defendant and within one year of the initial filing of the lawsuit.

10. Defendant hereby requests a trial by jury.

WHEREFORE, PREMISES CONSIDERED, Petitioner prays for removal of the above entitled and numbered cause from the 103rd Judicial District Court of Cameron County, Texas to this Honorable Court.



ClibPDF - www.fastio.com

Respectfully submitted,

RODRIGUEZ, COLVIN & CHANEY, L.L.P.

By: ______________________
Jaime A. Saenz
Attorney-in-Charge
State Bar No. 17514859
Federal Admissions No. 7630
Alison Kennamer
State Bar No. 11280400
Federal Admissions No. 12023
1201 East Van Buren
Post Office Box 2155
Brownsville, Texas 78522
(956) 542-7441
Fax (956) 541-2170

ATTORNEYS FOR DEFENDANT,
FORD MOTOR COMPANY

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Notice of Removal was served upon all counsel of record, to-wit:

M. Lloyd Seljos
2208 Primrose, Building C
McAllen, Texas 78504
Attorneys for Plaintiff

by certified mail, return receipt requested, hand delivery, and/or facsimile transmission pursuant to the Federal Rules of Civil Procedure, on this the 11th day of February, 2000.

______________________
Alison D. Kennamer



ClibPDF - www.fastio.com

RUN DATE 02/10/00
RUN TIME 2:08 PM

* *

APOLINAR COMPEAN

VS

FORD MOTOR COMPANY

ClibPDF - www.fastio.com

FILED 3:00 O'CLOCK P M
AURORA DE LA GARZA DIST CLERK

JAN 20 2000

DISTRICT COURT OF CAMERON COUNTY TEXAS
JANIE WOLFE DEPUTY

CAUSE NO. 2000-01-276B

| | | |
|---|---|---|
| **APOLINAR COMPEAN** | § | **IN THE DISTRICT COURT** |
| | § | |
| **VS.** | § | **CAMERON COUNTY, TEXAS** |
| | § | |
| **FORD MOTOR COMPANY** | § | **103th JUDICIAL DISTRICT** |

**PLAINTIFF'S ORIGINAL PETITION**

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW APOLINAR COMPEAN, sometimes hereinafter referred to as Plaintiff, and files this his Original Petition, complaining of FORD MOTOR COMPANY, hereinafter sometimes referred to as Defendant, and as grounds therefore would respectfully show the Court and Jury the following:

I.

Level 2 Discovery is applicable in this matter.

II.

Plaintiff is a resident of Cameron County, Texas. The Defendant, FORD MOTOR COMPANY is a Delaware Corporation conducting business in the State of Texas and with a certificate of authority to do business in Texas. Service of citation on FORD MOTOR COMPANY may be had by serving its registered agent for service, C. T. CORPORATION SYSTEM, 350 North St. Paul Street, Dallas, Texas, 75201, by certified mail, return receipt requested, restricted to addressee only. The incident out of which this lawsuit arose occurred



ClibPDF - www.fastio.com

in Cameron County, Texas, and the amount in controversy exceeds the sum of One Thousand Dollars ($1,000.00); thus, this Court has both jurisdiction and venue.

III.

This is a civil liability action which became necessary to file because of an incident which occurred on or about January 31, 1998, wherein the Plaintiff, APOLINAR COMPEAN, was driving a 1993 Ford F-150 pickup and was struck from behind by another vehicle driven at the time by Reynaldo Salinas, Jr. The accident in question happened in San Benito, Cameron County, Texas, and, the force of the collision caused the seat in Plaintiff's Ford pickup to break and collapse to the rear severely injuring Plaintiff's neck and back. The lawsuit is brought under the common law negligence doctrines of the State of Texas as well as Section 402a of the Restatement of Torts 2nd, also known as Strict Liability in Tort

IV.

Plaintiff would show that the 1993 Ford F-150 pickup was defective at the time it left its manufacturer, FORD MOTOR COMPANY, as well as when its seat suddenly and without warning collapsed and caused injuries to the Plaintiff. It was designed, manufactured and sold by the Defendant, FORD MOTOR COMPANY, and, at the time that it left this company's hands it was defective in its design, manufacturing and/or its marketing. Such defects were a producing cause of the injuries and resulting damages to the Plaintiff herein. Such acts and/or omissions on the part of this Defendant, FORD MOTOR COMPANY, were also negligent and grossly negligent, and such negligence and gross negligence were a



ClibPDF - www.fastio.com

proximate cause of the injuries and resulting damages to the Plaintiff.

V.

Plaintiff would show that the Defendant should be required to respond to him for his actual damages in amounts to be determined by a jury and that Plaintiff is entitled to recover prejudgment interest. Furthermore, that Defendant, FORD MOTOR COMPANY, should also be made to respond in exemplary damages in an amount to be determined by a jury.

VI.

Plaintiff would show that he has been damaged and that his elements of damage are those normally and customarily recognized in law, including but not limited to, reasonable and necessary medical expenses in the past and in the future, loss of wage earning capacity in the past and in the future, physical pain in the past and in the future, mental anguish in the past and in the future, loss of physical ability other than the ability to work and earn money in the past and in the future, and other resulting damages as a direct and proximate result of the incident made the basis of this lawsuit.

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that the Defendant be cited to appear and answer herein, that upon trial of this cause he recover his damages as set out above, together with prejudgment and post judgment interest, all costs of court, and for such other and further relief, both general and special, at law and in equity, to which they may show themselves justly entitled to receive.



ClibPDF - www.fastio.com

Respectfully submitted,

**M. LLOYD SELJOS**
Attorney at Law
2208 Primrose, Building C
McAllen, Texas 78504
(956) 631-2700
(956) 631-4975 - fax

M. LLOYD SELJOS
State Bar No. 18008300
Attorney for the Plaintiffs



ClibPDF - www.fastio.com

Citation for Personal Service - BY CERTIFIED MAIL Lit. Seq. # 5.002.01

No. 2000-01-000276-B



THE STATE OF TEXAS

NOTICE TO DEFENDANT: You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

TO: FORD MOTOR COMPANY
SERVING ITS REGISTERED AGENT:
C.T. CORPORATION SYSTEM
350 NORTH ST. PAUL STREET
DALLAS, TEXAS 75201

the DEFENDANT, GREETING:

You are commanded to appear by filing a written answer to the

PLAINTIFF'S ORIGINAL PETITION

at or before 10:00 o'clock a.m. of the Monday next after the expiration of 20 days after the date of service of this citation before the Honorable District Court 138th Judicial District of Cameron County, Texas at the Courthouse of said county in Brownsville, Texas. Said PETITION was filed on JANUARY 20, 2000. A copy of same accompanies this citation.

The file number of said suit being No. 2000-01-000276-B.

The style of the case is:

ATTACH RETURN RECEIPTS WITH ADDRESSEE'S SIGNATURE

Rule 106 (a)(2): The citation shall be served by mailing to the defendant by Certified Mail, Return Receipt Requested, a true copy of the citation.

Sec. 17.027, Rules of Civil Practice and Remedies Code, if not prepared by Clerk of Court.

NAME OF PREPARER TITLE

CERTIFICATE OF DELIVERY OF MAIL

I hereby certify that on the 20th of JANUARY 2000, I mailed to FORD MOTOR COMPANY by registered mail or certified mail, with delivery restricted to addressee only, return receipt requested, a true copy of this citation with a copy of the petition attached hereto.

CERTIFIED MAIL NO. P214955003
RETURN RECEIPT REQUESTED
DELIVER TO ADDRESSEE ONLY

FILED 2:40 O'CLOCK P M
AURORA DE LA GARZA DIST. CLERK
FEB 10 2000
DISTRICT COURT OF CAMERON COUNTY TEXAS
BY DEPUTY

**CAUSE NO. 2000-01-276-B**

| | | |
|---|---|---|
| APOLINAR COMPEAN | * | IN THE DISTRICT COURT |
| | * | |
| VS. | * | CAMERON COUNTY, TEXAS |
| | * | |
| FORD MOTOR COMPANY | * | 103rd JUDICIAL DISTRICT |

**DEFENDANT FORD MOTOR COMPANY'S ORIGINAL ANSWER AND JURY DEMAND**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW FORD MOTOR COMPANY, Defendant in the above entitled and numbered cause, and files this its Original Answer and Jury Demand in response to Plaintiff's Original Petition, and in support thereof, would show the Court as follows:

I.

GENERAL DENIAL

Defendant Ford Motor Company herein avails itself of the opportunity provided by Rule 92 of the Texas Rules of Civil Procedure to file a general denial herein; and in compliance with said Rule, Defendant denies each and every, all and singular, the material allegations contained in Plaintiff's currently pending Petition, and states that these are matters that should be proven by Plaintiff as required by law; and Defendant would require strict proof thereof.

II.

AFFIRMATIVE DEFENSES

2.01 For further answer, if such be necessary, and pleading in the alternative, Defendant further affirmatively alleges that Plaintiff's claims are barred, in whole or in part, due to the contributory negligence of Plaintiff in that he failed to exercise ordinary care, caution and prudence to avoid the incident and injuries at issue. Plaintiff's acts and omissions, whether taken together or separately, proximately caused the injuries and damages to Plaintiff which are alleged in Plaintiff's petition.

2.02 For further answer, if such be necessary, and pleading in the alternative, Defendant further affirmatively alleges that Plaintiff's alleged injuries and damages were proximately caused by the negligence of Reynaldo Sanchez, Jr. in that he failed to exercise ordinary care, caution and prudence to avoid the incident and injuries at issue. Sanchez's acts and omissions, whether taken together or separately, proximately caused the injuries and damages to Plaintiff which are alleged in Plaintiff's petition.

2.03 For further answer, if such be necessary, and pleading in the alternative Defendant further affirmatively alleges that if Plaintiff ws injured as alleged, which is not admitted but is expressly denied, such injuries were the result of an unavoidable accident.

2.04 For further answer, if such be necessary, and pleading in the alternative Defendant further affirmatively alleges that the act or omission of a person other than Defendant was the sole proximate cause of the accident in question.

2.05 For further answer, if such be necessary, and pleading in the alternative Defendant further affirmatively alleges that if Plaintiff was injured as alleged, which is not admitted but is expressly denied, such injuries were caused or contributed to, in whole or in part, by a party for whom Defendant is not responsible.

2.06 For further answer, if such be necessary, and pleading in the alternative Defendant further affirmatively alleges that the acts or omissions of Plaintiff, Reynaldo Salinas, Jr., or other third parties were the sole proximate cause or a new and independent cause of the accident and injuries complained of in this lawsuit.

2.07 For further answer, if such be necessary, and pleading in the alternative Defendant affirmatively alleges that the warranties and exclusions of warranties offered when the vehicle in question was purchased limited the liability of the sellers and manufacturers to their provisions, and Plaintiff's allegations of damages exceed the scope of those warranties and exclusions.



ClibPDF - www.fastio.com

2.08 For further answer, if such be necessary, and pleading in the alternative Defendant further affirmatively alleges that Plaintiff's claims are barred, in whole or in part, because Plaintiff failed to mitigate the effect of his injuries and damages as required by law.

2.09 For further answer, if such be necessary, and pleading in the alternative, Defendant further affirmatively alleges that the damages in this case, if any, were proximately caused by the negligence of third parties and any recovery should be barred or diminished under the applicable provisions of the law.

2.10 For further answer, if such be necessary, and pleading in the alternative, Defendant further invokes the provisions of §33.001 of the Texas Civil Practice & Remedies Code. In this case, Defendant alleges that the negligence of Plaintiff is fifty-one percent (51%) or greater, and therefore, no damages may be recovered from Defendant.

2.11 For further answer, if such be necessary, and pleading in the alternative Defendant further invokes the provisions of §33.013 of the Texas Civil Practices & Remedies Code in the unlikely event that liability is established by the Plaintiff in this cause.

2.12 For further answer, if such be necessary, and pleading in the alternative Defendant further specifically denies that it is liable for prejudgment interest in this cause of action as pled by Plaintiffs.

III.

JURY DEMAND

Defendant hereby requests a trial by jury.

WHEREFORE, Defendant Ford Motor Company prays that upon final trial and hearing hereof, it have judgment in accordance with the law and facts as found by this Honorable Court and Jury, and for such other and further relief, legal or equitable, general or special, to which it may show itself justly entitled to receive.



ClibPDF - www.fastio.com

Respectfully submitted,

RODRIGUEZ, COLVIN & CHANEY, L.L.P.

By: ______________________
Jaime A. Saenz
State Bar No. 17514859
Alison Kennamer
State Bar No. 11280400
1201 East Van Buren
Brownsville, Texas 78520
(956) 542-7441
Fax (956) 541-2170

ATTORNEYS FOR DEFENDANT,
FORD MOTOR COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Defendant Ford Motor Company's Original Answer and Jury Demand was served upon all counsel of record, to-wit:

M. Lloyd Seljos
2208 Primrose, Building C
McAllen, Texas 78504
Attorneys for Plaintiff

by certified mail, return receipt requested, facsimile transmission, and/or hand delivery pursuant to the Texas Rules of Civil Procedure on this the 10th day of February, 2000.

______________________
Alison D. Kennamer



ClibPDF - www.fastio.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

B-00-028

| | | |
|---|---|---|
| APOLINAR COMPEAN | * | |
| | * | |
| VS. | * | **CIVIL ACTION NO. ______** |
| | * | |
| FORD MOTOR COMPANY | * | |

**INDEX OF ATTORNEYS**

1. M. Lloyd Seljos
   2208 Primrose, Building C
   McAllen, Texas 78504
   (956) 631-2700
   Fax (956) 631-4975
   Attorneys for Plaintiff Apolinar Compean

2. Jaime A. Saenz
   Alison D. Kennamer
   Rodriguez, Colvin & Chaney, L.L.P.
   1201 East Van Buren
   Post Office Box 2155
   Brownsville, Texas 78522
   (956) 542-7441
   Fax (956) 541-2170
   Attorneys for Defendant Ford Motor Company



ClibPDF - www.fastio.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| APOLINAR COMPEAN | * | |
| | * | |
| VS. | * | CIVIL ACTION NO. B-00-028 |
| | * | |
| FORD MOTOR COMPANY | * | |

**INDEX OF DOCUMENTS FILED**

1. Civil Cover Sheet

2. Notice of Removal with following attachments:

   a. State Court's Docket Sheet
   b. Plaintiff's Original Petition
   c. Citation served on Ford Motor Company
   d. Defendant Ford Motor Company's Original Answer and Jury Demand

3. Notice to Plaintiff of Filing of Notice of Removal

4. Notice to District Clerk of Filing of Notice of Removal

5. Index of Attorneys

6. Index of Documents

7. Order for Conference and Disclosure of Interested Parties



ClibPDF - www.fastio.com

**CAUSE NO. 2000-01-276-B**

| | | |
|---|---|---|
| APOLINAR COMPEAN | * | IN THE DISTRICT COURT |
| | * | |
| VS. | * | CAMERON COUNTY, TEXAS |
| | * | |
| FORD MOTOR COMPANY | * | 103rd JUDICIAL DISTRICT |

**NOTICE TO THE DISTRICT CLERK OF FILING OF NOTICE OF REMOVAL**

TO: HONORABLE AURORA DE LA GARZA
Cameron County District Clerk
Cameron County Courthouse
974 East Harrison
Brownsville, Texas 7850

You will please take notice that Defendant Ford Motor Company has filed in the United States District Court for the Southern District of Texas, Brownsville Division, a notice of removal of the cause styled: Apolinar Compean v. Ford Motor Company,, originally filed in the 103rd Judicial District Court of Cameron County, Texas, Cause Number 2000-01-276-B, to the United States District Court for the Southern District of Texas, Brownsville Division, and that a true and correct copy of said Notice of Removal is being filed with the Clerk of the 103rd Judicial District Court to thereby effect a removal to said District Court of the United States, and that the State Court shall proceed no further, unless the cause is remanded. A copy of said notice of removal is attached to this notice.

WITNESS the signature of Defendants, through their attorney, on this the 11th day of February, 2000.

Respectfully submitted,

RODRIGUEZ, COLVIN & CHANEY, L.L.P.

By: ______________________
Jaime A. Saenz
Attorney-in-Charge
State Bar No. 17514859
Federal Admissions No. 7630



ClibPDF - www.fastio.com

Alison Kennamer
State Bar No. 11280400
Federal Admissions No. 12023
1201 East Van Buren
Post Office Box 2155
Brownsville, Texas 78522
(956) 542-7441
Fax (956) 541-2170

ATTORNEYS FOR DEFENDANT,
FORD MOTOR COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Notice to District Clerk of Filing of Notice of Removal was served upon all counsel of record, to-wit:

M. Lloyd Seljos
2208 Primrose, Building C
McAllen, Texas 78504
Attorneys for Plaintiff

by certified mail, return receipt requested, hand delivery, and/or facsimile transmission pursuant to the Federal Rules of Civil Procedure, on this the 11th day of February, 2000.

Alison D. Kennamer



ClibPDF - www.fastio.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| APOLINAR COMPEAN | * | |
| | * | |
| VS. | * | CIVIL ACTION NO. _______ |
| | * | |
| FORD MOTOR COMPANY | * | |

**NOTICE TO THE PLAINTIFF OF FILING OF NOTICE OF REMOVAL**

TO: APOLINAR COMPEAN, Plaintiff, and his attorneys:
M. Lloyd Seljos
2208 Primrose, Building C
McAllen, Texas 78504
Attorneys for Plaintiff

PURSUANT to Title 28 U.S.C., Section 1446(d), as amended, you are hereby notified that on the 11th day of February, 2000, in the above styled and numbered cause (being Cause Number 2000-01-276-B in the 103rd Judicial District Court of Cameron County, Texas), FORD MOTOR COMPANY filed its Notice of Removal in the United States District Court for the Southern District of Texas, Brownsville Division. Copies of such Notice and other papers so filed are attached hereto.

Respectfully submitted,

RODRIGUEZ, COLVIN & CHANEY, L.L.P.

By: ______________________
Jaime A. Saenz
Attorney-in-Charge
State Bar No. 17514859
Federal Admissions No. 7630
Alison Kennamer
State Bar No. 11280400
Federal Admissions No. 12023
1201 East Van Buren
Post Office Box 2155
Brownsville, Texas 78522
(956) 542-7441
Fax (956) 541-2170
ATTORNEYS FOR DEFENDANT