3

United States District Court
Southern District of Texas
FILED

MAR 1 3 2000

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| APOLINAR COMPEAN | * | |
| | * | |
| VS. | * | CIVIL ACTION NO. B-00-028 |
| | * | |
| FORD MOTOR COMPANY | * | |

### DEFENDANT FORD MOTOR COMPANY'S
### DISCLOSURE OF FINANCIALLY INTERESTED ENTITIES

Pursuant to Paragraph 2 of the Order of Conference recently received, Ford Motor Company states that other than the named parties, it is not aware of any entities that are financially interested in this litigation.

Respectfully submitted,

JAIME A. SAENZ
State Bar No. 17514859
Federal I.D. No. 7630
ALISON KENNAMER
State Bar No. 11280400
Federal I.D. No. 12023
RODRIGUEZ, COLVIN & CHANEY, L.L.P.
1201 E. Van Buren Avenue
P.O. Box 2155
Brownsville, Texas 78522
(956) 542-7441
(956) 541-2170 - Facsimile

Page 1

Page 2

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing instrument has been forwarded to all known counsel of record as set forth below by certified mail, return receipt requested, in compliance with the Texas Rules of Civil Procedure on this _____ day of March, 2000.

M. Lloyd Seljos<br>
Attorney at Law<br>
2208 Primrose, Building C<br>
McAllen, Texas 78504

_____
Alison Kennamer

Page 2