S

United States District Court
Southern District of Texas
ENTERED

MAR 1 4 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| APOLINAR COMPEAN | * | |
| | * | |
| VS. | * | CIVIL ACTION NO. B-00-028 |
| | * | |
| FORD MOTOR COMPANY | * | |

### ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO JOIN POTENTIALLY RESPONSIBLE THIRD PARTIES AND FOR LEAVE TO FILE A THIRD PARTY COMPLAINT FOR THE SAME PURPOSE

CAME ON BEFORE THE COURT the Unopposed Motion to Join Potentially Responsible Third Parties and for Leave to File a Third Party Complaint for the same purpose, and the Court, having reviewed the Motion, is of the opinion that the same should be GRANTED:

IT IS THEREFORE, ORDERED that Ford Motor Company's Unopposed Motion to Join Potentially Responsible Third Parties and for Leave to File a Third Party Complaint is GRANTED and that counsel for Ford Motor Company shall file with the Clerk of this Court an original of the Third Party Complaint attached to the Motion as Exhibit "A" so that citation may issue.

SIGNED FOR ENTRY this 14TH day of MARCH, 2000.

_____
Judge Presiding

Ford/Compean [17,902]
Order Granting Defendant's Unopposed Motion to Leave to File Third Party Complainit                    Page 1