# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

### ORDER

United States District Court
Southern District of Texas
ENTERED
MAR 17 2000
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| APOLINAR COMPEAN | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-00-028 |
| | § | |
| FORD MOTOR COMPANY | § | |

TYPE OF CASE:        __X__ CIVIL                    ____ CRIMINAL

**TAKE NOTICE** that a proceeding in this case has been **PASSED.**

TYPE OF PROCEEDING:

**INITIAL PRETRIAL CONFERENCE SET FOR MARCH 17, 2000 AT 2:00 P.M. WILL BE RESET WHEN ALL THIRD PARTIES HAVE BEEN SERVED AND HAVE ANSWERED.**

JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   MARCH 16, 2000

TO:     MR. M. LLOYD SELJOS
        MR. JAIME A. SAENZ
        MS. ALISON KENNAMER