AO 441 (Rev 5/85) Third Party Summons in a Civil Action (Reverse)

# RETURN OF SERVICE

B-00-28

Service of the Summons and complaint was made by me

DATE: MARCH-22-2000

NAME OF SERVER: Abel Betancourt JR

TITLE: Civil processer

Check one box below to indicate appropriate method of service

[✓] Served personally upon the third-party defendant. Place where served: RT-3 Box 9 Tolonia Los Fresnos, Tx

[ ] Left copies thereof at the third-party defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

MAR 21 2000

[ ] Other (specify)

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on MARCH-20 2000   4:20 Pm

Signature of Server

Address of Server

EDUARDO GONZALEZ
NOTARY PUBLIC STATE OF TEXAS
MY COMMISSION EXPIRES March 21, 2002

SUBSCRIBED AND SWORN TO ME ON THE ___ DAY OF _____ 19 2000

NOTARY PUBLIC

Michael N. Milby, Clerk of Court
United States District Court
Southern District of Texas
RECEIVED
MAR 21 2000