ORIGINAL

# DECLARATION OF NOT FOUND
## (DUE AND DILIGENT SEARCH)

CASE# B-00-028        Court #                FGN/CSE#

APOLINAR COMPEAN

VS.

FORD MOTOR CO.
VS. THIRD PARTY DEFENDANT: REYNALDO SALINAS, JR. AND
REYNALDO SALINAS, SR.

United States District Court
S[...]

APR 26 2000

Michael N. Milby
Clerk of Court

I, **Abel Betancourt, Jr**, on the following dates, was over the age of 18 years; and was not a party to this action.

I, received a THIRD PARTY SUMMONS IN A CIVIL CASE ACTION on, March 16, 2000.    at 10:00:00 in Cause No. B-00-028

And that after due and diligent effort listed below I have been unable to effect personal service upon: **Salinas, Reynaldo, Sr.**

DATE      TIME       ADDRESS / REASON FOR NON-SERVICE                                           PCP Ref# R0300  83
-------------------------------------------------------------------------------------------------------------------
03/16/2000  16:00 PM    395 Colorado St. San Benito TX 78586
  NOBODY AT THIS RESIDENCE AT THIS TIME.
03/17/2000  9:00 AM     395 Colorado St. San Benito TX 78586
  NOBODY AT HOME AT THIS TIME.
03/18/2000  17:00 PM    395 Colorado St. San Benito TX 78586
  ADVISE BY HIS SON WIFE THAT HE WAS NOT THE OWNER OF THE CAR. DO NOT BOTHER MR. SALINAS SINCE SHE WAS THE OWNER.
03/19/2000  15:00 PM    395 Colorado St. San Benito TX 78586
  NOBODY AT THIS RESIDENCE.
03/20/2000  13:00 PM    395 Colorado St. San Benito TX 78586
  ADVISE BY ANDREW PESADA THAT THERE WAS NO ONE BY THIS NAME AT THIS ADDRESS.

I, declare under penalty that the foregoing is true and correct.

Professional Civil Process
700 Paredes [...], #208
Brownsville, Texas 78520
Tel. (210) 546-1313

Abel Betancourt, Jr.
OR/I.D. # _____

SWORN TO AND SUBSCRIBED BEFORE ME, the undersigned Notary Public on the 13th day of April 20 00.

Service Fee $ _____

Notary Public

EDUARDO GONZALEZ
MY COMMISSION EXPIRES
March 21, 2002

AO 441 (Rev 5/85) Third Party Summons in a Civil Action

# United States District Court

FOR THE SOUTHERN _____ DISTRICT OF ___ TEXAS ___ BROWNSVILLE DIVISION ___

PLAINTIFF

**APOLINAR COMPEAN**

## THIRD PARTY SUMMONS IN A CIVIL ACTION

V. DEFENDANT AND THIRD PARTY PLAINTIFF

**FORD MOTOR COMPANY**

CASE NUMBER: B-00-028

V. THIRD PARTY DEFENDANT

**REYNALDO SALINAS, JR. AND
REYNALDO SALINAS, SR.**

TO: (Name and address of Third Party defendant)

**REYNALDO SALINAS, SR.
395 Colorado
San Benito, TX 78586**

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this court and serve upon

| PLAINTIFF'S ATTORNEY (name and address) | DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY (name and address) |
|---|---|
| **M. Lloyd Seljos<br>2208 Primrose, Building C<br>McAllen, Texas 78504** | **Jaime Saenz<br>Alison Kennamer<br>Rodriguez, Colvin & Chaney, L.L.P.<br>1201 E. Van Buren Street<br>Brownsville, Texas 78520** |

an answer to the third-party complaint which is herewith served upon you within _____ days after service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the third-party complaint. There is also served upon you herewith a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, *and* (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff

Michael N. Milby, Clerk                             3-15-00

CLERK                                               DATE

*[signature]*

(BY) DEPUTY CLERK

AO 441 (Rev. 5/85) 'Third Party Summons in a Civil Action

# United States District Court

FOR THE SOUTHERN _____ DISTRICT OF __TEXAS__ __BROWNSVILLE DIVISION__

PLAINTIFF

APOLINAR COMPEAN

## THIRD PARTY SUMMONS IN A CIVIL ACTION

V. DEFENDANT AND THIRD PARTY PLAINTIFF

FORD MOTOR COMPANY

CASE NUMBER: B-00-028

V. THIRD PARTY DEFENDANT

REYNALDO SALINAS, JR. AND
REYNALDO SALINAS, SR.

TO: (Name and address of Third Party defendant)

REYNALDO SALINAS, SR.
395 Colorado
San Benito, TX 78586

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

L. Lloyd Seljos
708 Primrose, Building C
McAllen, Texas 78504

DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY (name and address)

Jaime Saenz
Alison Kennamer
Rodriguez, Colvin & Chaney, L.L.P.
1201 E. Van Buren Street
Brownsville, Texas 78520

an answer to the third-party complaint which is herewith served upon you within _____ days after service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the third-party complaint. There is also served upon you herewith a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, *and* (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff.

Michael N. Milby, Clerk

CLERK

(BY) DEPUTY CLERK

3-15-00

DATE

AO 441 (Rev. 5/85) Third Party Summons in a Civil Action (Reverse)

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me [1] | |
| NAME OF SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the third-party defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

*DELIVERED THIS ___ DAY OF Marlow*
*BY PROFESSIONAL CIVIL PROCESS*

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                    Date                                                      Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 1 5 2000

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| APOLINAR COMPEAN | * | |
| | * | |
| VS. | * | CIVIL ACTION NO. B-00-028 |
| | * | |
| FORD MOTOR COMPANY | * | |
| | * | |
| VS. | * | |
| | * | |
| REYNALDO SALINAS, JR. AND | * | |
| REYNALDO SALINAS, SR. | * | |

## FORD MOTOR COMPANY'S THIRD PARTY COMPLAINT AGAINST REYNALDO SALINAS, JR. AND REYNALDO SALINAS, SR.

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, FORD MOTOR COMPANY, a Defendant in the above-entitled and numbered cause, and files this Third Party Complaint Against Reynaldo Salinas, Jr. and Reynaldo Salinas, Sr., and in support thereof would respectfully show unto the Court as follows:

### I.
### JURISDICTION, PARTIES AND VENUE

1.01. This action was filed in state court and removed to this federal Court pursuant to 29 U.S.C. §1332. The amount in controversy exceeds the minimum jurisdictional requirements of this Court, and all conditions precedent to the filing of this suit have been satisfied.

1.02 Defendant/Third Party Plaintiff Ford Motor Company ("Ford") sues herein Reynaldo Salinas, Jr. and Reynaldo Salinas, Sr. individuals. Reynaldo Salinas, Jr. is an individual who, upon information and belief, may be served with process at his residence

at Route 3, Box 9, Toronja, Los Fresnos, Texas. Reynaldo Salinas, Sr. is an individual who, upon information and belief, may be served with process at his residence at 395 Colorado, San Benito, Texas, 78586. Issuance and service of citation is requested at this time.

1.03   Venue of this action is proper pursuant to 28 U.S.C. §1391(b)(2), in that Cameron County, Texas, which is within the Brownsville Division of the United States District Court for the Southern District of Texas, is the District and Division in which a substantial part of the events or omissions giving rise to the claim occurred.

## II.
## FACTUAL BACKGROUND

2.01   Plaintiff Apolinar Compean filed this action on or about January 20, 2000. In this suit, he alleges that during a vehicular accident which occurred on January 31, 1998, an alleged defect in the 1993 Ford F 150 he was driving caused his seat back to collapse during an accident, allegedly causing him extensive personal injuries.

2.02   Ford obtained a copy of the Texas Peace Officer's Accident Report for the accident at issue, which states that a vehicle driven by Reynaldo Salinas, Jr. and owned by Reynaldo Salinas Sr. was "traveling at a high rate of speed [and] thus failed to control speed" when it struck Plaintiff Compean's vehicle in the rear.

2.03   Ford does not agree and expressly disputes Plaintiff's claim that any defect in his Ford vehicle caused him any personal injuries, and Ford contends that the actions of Reynaldo Salinas, Jr. as driver of the other vehicle involved in the collision were instead the proximate cause of the accident at issue, and consequently of all or part of any alleged damages suffered by Plaintiff as a result of that accident.

# III.
# CAUSE OF ACTION
# COMMON-LAW CONTRIBUTION AND/OR INDEMNIFICATION

3.01 Ford relies upon its rights in such case under Tex. Civ. Prac. & Rem. Code §32.001, et seq. and alleges that Third Party Defendant Reynaldo Salinas, Jr.'s operation of his vehicle during the accident at issue was negligent and that such negligence was the sole cause, superseding cause and/or a proximate cause of the accident and therefore of all or part of any alleged damages suffered by Plaintiff as a result of the accident. Such negligence included failure to control his speed, failure to keep a proper lookout, failure to timely apply his brakes, failure to avoid the collision at issue, and such other and further acts of negligence as may be shown at trial.

3.02 Ford further relies upon its rights in such case under Tex. Civ. Prac. & Rem. Code §32.001, et seq. and alleges that, upon information and belief, Third Party Defendant Reynaldo Salinas, Sr.'s entrustment of the vehicle owned by him to Reynaldo Salinas, Jr. at the time of the accident was negligent and that such negligence was the sole cause, superseding cause and/or a proximate cause of the accident and therefore of all or part of any alleged damages suffered by Plaintiff as a result of the accident.

3.03 Ford specifically alleges that both Reynaldo Salinas, Jr. and Reynaldo Salinas, Sr. are potentially "responsible third parties" as that term is used in Tex.Civ.Prac. & Rem.Code §33.004.

3.04 In such case, Ford asks that the trier of fact be asked to determine the percentage of causation attributable as between all potentially responsible parties in this case, including Plaintiff, Ford, Reynaldo Salinas, Jr. and Reynaldo Salinas, Sr. and that any damages awarded to Plaintiff be apportioned between these parties as determined by Tex.Civ.Prac. Rem. Code §33.001 et seq.

3.05  Ford thus sues for common law contribution and/or indemnity herein.

# IV.
# PRAYER

WHEREFORE, PREMISES CONSIDERED, Defendant/Cross-Plaintiff Ford Motor Company prays that Judgment for common law contribution and/or indemnity as determined by the findings as to percentages of responsibility made by the trier of fact herein; costs of court; and for any and all further relief, at law or in equity, to which Third Party Plaintiff Ford Motor Company may show itself justly entitled to receive.

Respectfully submitted,

RODRIGUEZ, COLVIN & CHANEY, L.L.P.

By: _____
    Jaime A. Saenz
Attorney-in-Charge
State Bar No. 17514859
Federal Admissions No. 7630
    Alison Kennamer
State Bar No. 11280400
Federal Admissions No. 12023
1201 East Van Buren
Post Office Box 2155
Brownsville, Texas 78522
(956) 542-7441
Fax (956) 541-2170

ATTORNEYS FOR DEFENDANT,
FORD MOTOR COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served upon all counsel of record, to-wit:

> M. Lloyd Seljos
> 2208 Primrose, Building C
> McAllen, Texas 78504
> Attorneys for Plaintiff

by certified mail, return receipt requested, hand delivery, and/or facsimile transmission pursuant to the Federal Rules of Civil Procedure, on this the ___15th___ day of ___March___, 2000.

_____
Alison Kennamer