*13*

United States District Court
Southern District of Texas
FILED

MAY 18 2000

Michael N. Milby
Clerk of Court

THE HONORABLE JOHN WM. BLACK

INITIAL PRETRIAL CONFERENCE

CIVIL ACTION NO. B-00-028            DATE & TIME:    05-18-00 AT 1:30 P.M.

APOLINAR COMPEAN                     PLAINTIFF(S)    M. LLOYD SELJOS
                                     COUNSEL

VS.

FORD MOTOR COMPANY                   DEFENDANT(S)    JAIME SAENZ
                                     COUNSEL          ALISON KENNAMER

VS.

REYNALDO SALINAS, SR. AND            THIRD PARTY     W. MICHAEL FISHER
REYNALDO SALINAS, JR.                COUNSEL

-----------------------------------------------------------------------------

    An initial pretrial conference was held. Attorneys M. Lloyd Seljos, W. Michael Fisher and Alison Kennamer appeared in chambers.

    Scheduling dates were selected. Scheduling order will be sent to all parties.