*14*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 1 9 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| APOLINAR COMPEAN | § | |
| | § | |
| VS. | § | |
| | § | |
| FORD MOTOR COMPANY | § | CIVIL ACTION NO. B-00-028 |
| | § | |
| VS. | § | |
| | § | |
| REYNALDO SALINAS, SR., ET AL. | § | |

## ORDER

On this day came on to be considered the **initial pretrial conference** in the above-entitled and numbered case, accordingly:

IT IS HEREBY ORDERED THAT:

(1)  Plaintiff shall designate experts by **October 6, 2000.**
     Defendant shall designate experts by **November 6, 2000.**

(2)  All discovery in this case must be completed by **December 20, 2000.** If additional time is required, a motion requesting such extension must be filed no later than **December 6, 2000.** Failure to file such motion shall preclude further discovery.

(3)  All other motions, including joinder of parties must be filed no later than ten (10) days after the completion of discovery.

(4)  A joint pretrial order, which conforms to the requirements of Appendix B Local Rules for the United States District Court for the Southern District of Texas shall be filed no later than **January 12, 2001.**

**THE PRETRIAL ORDER SHALL SERVE AS THE TRIAL PLEADING. FAILURE TO FILE THE PRETRIAL ORDER WITHIN THE TIME PERIOD INDICATED, WILL RESULT IN SANCTIONS OR DISMISSAL OF THIS CAUSE OF ACTION FOR WANT OF PROSECUTION, AS APPROPRIATE.**

(5)  A final pretrial and settlement conference is set for **January 12, 2001 at 1:30 P.M.**

(6)  Jury selection is set for **February 2, 2001 at 8:30 A.M.** before Judge Filemon B. Vela.

(7)   Trial on the merits is set for **February 26, 2001 at 9:00 A.M.** before Magistrate Judge John Wm. Black.

DONE at Brownsville, Texas, on this 18th day of May, 2000.

_____
John Wm. Black
United States Magistrate Judge