*15*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

**MAY 1 9 2000**

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| APOLINAR COMPEAN | * | |
| | * | |
| VS. | * | **CIVIL ACTION NO. B-00-028** |
| | * | |
| FORD MOTOR COMPANY | * | |

## PARTIES' STIPULATION AS TO STATUS OF REYNALDO SALINAS, JR. AS A SETTLING PERSON UNDER TEX.CIV.PRAC. & REM. CODE §33.011

COME NOW, the parties to this case, and make and file this Stipulation as to Status of Reynaldo Salinas, Jr. as a Settling Person under Tex.Civ.Prac.& Rem. Code §33.011, and for such would show as follows:

### I.

All parties herein stipulate that the Reynaldo Salinas, Jr. sued as a Third Party Defendant and potentially Responsible Third Party in this case by Defendant Ford Motor Company is the same "Reynaldo Salinas" who was responsible for payment of $15,000.00 to Plaintiff in exchange for a release arising from the accident at issue in this suit. Consequently, all parties agree and stipulate that Third Party Defendant Reynaldo Salinas, Jr. is a "settling person" as that term is used in Tex.Civ.Prac.& Rem.Code §33.011(5) and that the issue of the percentage of fault, if any, attributable to him as a cause of any injuries and damages of Plaintiff should be submitted to the jury in the same series of questions as that percentage of fault, if any, attributable to the other parties in this case, pursuant to Tex.Civ.Prac.& Rem. Code §33.001, §33.012 and any other applicable portion of Tex.Civ.Prac.& Rem. Code, Chapter 33.

Page 1

Case 1:00-cv-00028    Document 15    Filed in TXSD on 05/19/2000    Page 2 of 4

## II.

All parties herein further stipulate that since Reynaldo Salinas, Jr. is a "settling person" as that term is used in Tex.Civ.Prac.& Rem.Code §33.011(5), no party will have a right of contribution against him, according Tex.Civ.Prac. & Rem.Code §33.015(d).

Respectfully Submitted and Agreed,

M. Lloyd Seljos
State Bar No. 18008300
Federal I.D. No. 983
LAW OFFICE OF M. LLOYD SELJOS
2208 Primrose, Building C
McAllen, Texas 78504

COUNSEL FOR PLAINTIFF

Alison Kennamer
State Bar No. 11280400
Federal I.D. No. 12023
RODRIGUEZ, COLVIN & CHANEY, L.L.P.
1201 E. Van Buren Avenue
P.O.Box 2155
Brownsville, Texas 78522
(956) 542-7441
(956) 541-2170 – Facsimile

W. Michael Fisher
State Bar No. 07062429
Federal I.D. No. 1080
ROERIG, OLIVEIRA & FISHER, L.L.P.
855 West Price Road, Suite 9
Brownsville, Texas 78520
(956) 542-5666
(956) 542-0016 – Facsimile

ClibPDF - www.fastio.com

Case 1:00-cv-00028   Document 15   Filed in TXSD on 05/19/2000   Page 3 of 4

## II.

All parties herein further stipulate that since Reynaldo Salinas, Jr. is a "settling person" as that term is used in Tex.Civ.Prac.& Rem.Code §33.011(5), no party will have a right of contribution against him, according Tex.Civ.Prac. & Rem.Code §33.015(d).

Respectfully Submitted and Signed.

_____

M. Lloyd Seljos
State Bar No. 18008300
Federal I.D. No. 983
LAW OFFICE OF M. LLOYD SELJOS
2208 Primrose, Building C
McAllen, Texas 78504

COUNSEL FOR PLAINTIFF

_____

Alison Kennemer
State Bar No. 11260400
Federal I.D. No. 12023
RODRIGUEZ, COLVIN & CHANEY, L.L.P.
1201 E. Van Buren Avenue
P.O. Box 2155
Brownsville, Texas 78522
(956) 542-7441
(956) 541-2170 – Facsimile

_____

W. Michael Fisher
State Bar No. 07062420
Federal I.D. No. 1080
ROERIG, OLIVEIRA & FISHER, L.L.P.
855 West Price Road, Suite 9
Brownsville, Texas 78520
(956) 542-5666
(956) 542-0016 – Facsimile

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been forwarded to all known counsel of record as set forth below by certified mail, return receipt requested, in compliance with the Texas Rules of Civil Procedure on this _19th_ day of _May_, 2000.

M. Lloyd Seljos
Law Office of M. Lloyd Seljos
2208 Primrose, Bldg. C
McAllen, Texas 78504

W. Michael Fisher
Roerig, Oliveira & Fisher, L.L.P.
855 West Price Road, Suite 9
Brownsville, Texas  78520

Alison Kennamer

Page 3

ClibPDF - www.fastio.com