16

United States District Court
Southern District of Texas
FILED

MAY 22 2000

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| APOLINAR COMPEAN | * | |
| | * | |
| VS. | * | CIVIL ACTION NO. B-00-028 |
| | * | |
| FORD MOTOR COMPANY | * | |

## DEFENDANT'S UNOPPOSED MOTION TO DISMISS THIRD-PARTY COMPLAINT

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, FORD MOTOR COMPANY, Defendant herein, ("Ford") and makes and files this Unopposed Motion to Dismiss Third-Party Complaint, and for such would show the Court as follows:

**I.**

This case arises out of a collision between an individual named Reynaldo Salinas, Jr. and Plaintiff which occurred on January 31, 1998, in San Benito, Texas. Within thirty (30) days of its Answer, Ford filed a Motion to Join Potentially Responsible Third Parties and For Leave to File a Third Party Complaint for the Same Purpose, seeking to join Reynaldo Salinas, Jr., who was driving the vehicle which struck Plaintiff's vehicle, and Reynaldo Salinas, Sr., who was the owner of that vehicle according to the Texas Peace Officer's Accident Report. Upon receiving leave from the Court to file its Third-Party Complaint, Ford did so on March 15, 2000. Since that time, however, Ford has received documentation from counsel for Reynaldo Salinas, Jr., that (1) he qualified as a "settling party" as that term is used under the Texas Civil Practice & Remedies Code, because he obtained a release from Plaintiff in exchange for payment by his insurer of $20,000.00; and (2) that the actual driver of the vehicle was not Reynaldo Salinas, Sr. but was instead Reynaldo Salinas, Jr.'s wife.

---

FORD/Compaen
FMC's Motion to Dismiss Third Party Complaint                                                                Page 1

## II.

In light of the above information, Ford wishes to dismiss its Third-Party Complaint in this case. Ford respectfully requests that the Court grant this Motion to Dismiss its Third-Party Complaint, effectively dismissing all claims against Reynaldo Salinas, Sr. and eliminating the claims previously pled against Reynaldo Salinas, Sr. (because Ford was never able to effectuate service against Reynaldo Salinas, Sr., he does not technically need to be dismissed).

WHEREFORE, Defendant Ford Motor Company prays that this Honorable Court grant its Unopposed Motion to Dismiss Third-Party Complaint and grant to it such other and further relief, at law or in equity, as it may be justly entitled to receive.

Respectfully submitted,

RODRIGUEZ, COLVIN & CHANEY, L.L.P.

By: _____
Jaime A. Saenz
Attorney-in-Charge
State Bar No. 17514859
Federal Admissions No. 7630
Alison Kennamer
State Bar No. 11280400
Federal Admissions No. 12023
1201 East Van Buren
Post Office Box 2155
Brownsville, Texas 78522
(956) 542-7441
Fax (956) 541-2170

ATTORNEYS FOR DEFENDANT,
FORD MOTOR COMPANY

## CERTIFICATE OF CONFERENCE

The undersigned certifies that she has conferred with counsel for Plaintiff and he is not opposed to this Motion.

_____
Alison D. Kennamer

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served upon all counsel of record, to-wit:

M. Lloyd Seljos
Law Office of M. Lloyd Seljos
2208 Primrose, Bldg. C
McAllen, Texas 78504

W. Michael Fisher
Roerig, Oliveira & Fisher, L.L.P.
855 West Price Road, Suite 9
Brownsville, Texas 78520

by certified mail, return receipt requested, hand delivery, and/or facsimile transmission pursuant to the Federal Rules of Civil Procedure, on this the __22nd__ day of __May__, 2000.

_____
Alison D. Kennamer