17

United States District Court
Southern District of Texas
ENTERED

MAY 3 0 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| APOLINAR COMPEAN | * | |
| | * | |
| VS. | * | CIVIL ACTION NO. B-00-028 |
| | * | |
| FORD MOTOR COMPANY | * | |

## ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO DISMISS THIRD-PARTY COMPLAINT

CAME ON BEFORE THE COURT DEFENDANT FORD MOTOR COMPANY, and THIRD-PARTY DEFENDANT REYNALDO SALINAS, JR., by and through their attorneys of record, having informed the Court that Defendant Ford Motor Company no longer wishes to pursue its claims against this Third Party-Defendant Reynaldo Salinas, Jr. in this matter, and requests that all claims against Reynaldo Salinas, Sr. be dismissed.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED, that DEFENDANT'S UNOPPOSED MOTION TO DISMISS THIRD-PARTY COMPLAINT BE GRANTED, and Defendant Ford Motor Company's claims in this cause against Third-Party Defendant Reynaldo Salinas, Jr., be dismissed, with all costs taxed against the party incurring same.

SIGNED this 26th day of MAY, 2000.

_____
JUDGE PRESIDING