18

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 1 3 2000

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| APOLINAR COMPEAN | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-00-028 |
| | § | |
| FORD MOTOR COMPANY | § | |

## AGREED MOTION TO EXTEND DEADLINES

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COME APOLINAR COMPEAN and FORD MOTOR COMPANY, by and through their respective attorneys of record, and request the Court to extend the deadlines in this cause as well as the trial date, and as grounds would show the following:

I.

Both parties wish to extend the deadlines herein for experts, discovery and other Motions for at least two (2) months in order to better prepare their respective cases for the trial of this matter. Both parties realize that this may well cause the trial to need to be rescheduled for a few months but desire to do so in order that adequate preparation of the matter can be accomplished.

1

WHEREFORE, PREMISES CONSIDERED, both parties pray that the court will entertain this Motion and grant them some additional time to develop their respective positions.

Respectfully submitted,

M. LLOYD SELJOS
2208 Primrose, Building C
McAllen, Texas 78504
(956) 631-2700
(956) 631-4975 - fax

_____
M. LLOYD SELJOS
Federal I.D. No. 983
ATTORNEY FOR THE PLAINTIFF

RODRIGUEZ, COLVIN & CHANEY
P. O. Box 2155
Brownsville, Texas 78522
(956) 542-7441
(956) 541-2170

_____
ALISON KENNAMER
Federal I.D. No 12023
ATTORNEY FOR THE DEFENDANT

2

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the Agreed Motion to Extend Deadlines was served on Alison Kennamer, P. O. Box 2155, Brownsville, Texas, 78522, attorney of record for the Defendant, on this the 11th day of October, 2000.

_____
M. LLOYD SELJOS

## CERTIFICATE OF CONFERENCE

I certify that the foregoing Motion to Extend Deadlines has been discussed with opposing counsel and she is unopposed to same.

_____
M. LLOYD SELJOS