

United States District Court
Southern District of Texas
FILED

FEB 1 2 2001

Michael N. Milby
Clerk of Court

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| APOLINAR COMPEAN | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-00-028 |
| | § | |
| FORD MOTOR COMPANY | § | |

**AN UNOPPOSED AND AGREED MOTION
FOR EXTENSION OF TIME TO DESIGNATE
EXPERT WITNESSES**

**TO THE HONORABLE JUDGE OF SAID COURT:**

NOW COMES Plaintiff, APOLINAR COMPEAN, by and through his attorney George P.

Powell and makes this his motion for an extension of time to designate expert witnesses and would

show the Court as follows:

I.

George P. Powell has only recently entered his appearance as attorney-in-charge in the above

case.  Aside from reviewing the case, he has not had time to determine what and if any expert

witnesses should be retained.  George P. Powell requests an extension of thirty (30) days to designate

expert witnesses.  The Plaintiff's deadline for designation of expert witnesses  is February 9, 2001.

Plaintiff further requests that the Defendant be given an additional thirty (30) days in which

to designate its expert witnesses consistent with the extension granted to the Plaintiff.

The Defendant agrees to and does not oppose this motion.

WHEREFORE, Plaintiff prays that the Court grant this motion.

ClibPDF - www.fastio.com

Respectfully submitted,

HINOJOSA & POWELL, P.C.
Attorneys at Law
612 Nolana, Suite 410
McAlllen, TX 78504
956/686-2413
956/686-8462 fax

BY: _____

GEORGE P. POWELL
Attorney for Plaintiffs
State Bar No. 16196000
Fed. Id. No. 3849

## CERTIFICATE OF CONFERENCE

On the 8th day of February, 2001 I conferred with Alison Kennamer and she does not oppose this motion.

SIGNED on the 8th day of February, 2001.

_____
GEORGE P. POWELL

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the foregoing has been forwarded to all counsel of record by certified mail, return receipt requested and/or by regular mail on the 8th day of February, 2001 to the following:

ALISON KENNAMER
Attorney at Law
P. O. Box 2155
Brownsville, TX 78522

_____
GEORGE P. POWELL

ClibPDF - www.fastio.com