23

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 15 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| APOLINAR COMPEAN | § |
| | § |
| VS. | § CIVIL ACTION NO. B-00-028 |
| | § |
| FORD MOTOR COMPANY | § |

**ORDER**

IT IS ORDERED that the Plaintiff's motion for an extension of time of thirty (30) days in order to designate an expert witness is GRANTED.

IT IS FURTHER ORDERED that the ~~Defendant~~ PLAINTIFF be allotted an additional thirty (30) days in order for it to designate an expert witness WHO MUST BE DESIGNATED ON OR BEFORE MARCH 16, 2001

SIGNED AND ENTERED on the 14 day of February, 2001.

_____
JUDGE PRESIDING