United States District Court
Southern District of Texas
FILED

FEB 2 3 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| APOLINAR COMPEAN | * | |
| | * | |
| VS. | * | CIVIL ACTION NO. B-00-028 |
| | * | |
| FORD MOTOR COMPANY | * | |

## DEFENDANT'S UNOPPOSED MOTION TO EXTEND ITS EXPERT DESIGNATION DEADLINE TO FOLLOW PLAINTIFF'S EXTENDED EXPERT DESIGNATION DEADLINE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, FORD MOTOR COMPANY, Defendant herein, ("Ford") and makes and files this Unopposed Motion to Extend its Expert Designation Deadline to Follow Plaintiff's Extended Expert Designation Deadline, and for such would show the Court as follows:

### I.

This is a products liability action arising out of a collision between an individual named Reynaldo Salinas, Jr. and Plaintiff which occurred on January 31, 1998, in San Benito, Texas; Plaintiff's pleadings reflect a claim that the seat back in his Ford pick-up was allegedly defective. Plaintiff has recently changed lead counsel, and the new attorney-in-charge for Plaintiff's case requested that Defendant agree to his request for an additional month in which to designate expert witnesses. Counsel for Ford agreed, on the condition that Ford's deadline would also move back in order to preserve Ford's right to receive Plaintiff's expert designation a reasonable amount of time prior to its own.

## II.

Plaintiff's counsel agreed to same, and in fact so indicated in the Motion he filed, an Unopposed Joint Motion for Extension of the deadlines. However, the Order granted by the Court moved only Plaintiff's expert witness designation deadline, apparently requiring Defendant to file a separate Motion.

## III.

Currently, Plaintiff's deadline for designation of experts has moved to March 16, 2001. Based upon the existing docket control order, Ford's designation deadline is March 9, 2001, one week prior to that. Ford asks that its deadline be moved to at least March 30, 2001, so that it will have adequate time to determine its expert needs after review of Plaintiff's designations, to which it much respond as a Defendant.

WHEREFORE, Defendant Ford Motor Company prays that this Honorable Court grant its Unopposed Motion to Extend its Expert Designation Deadline to Follow Plaintiff's Extended Expert Designation Deadline and grant to it such other and further relief, at law or in equity, as it may be justly entitled to receive.

Respectfully submitted,

RODRIGUEZ, COLVIN & CHANEY, L.L.P.

By: _____
      Jaime A. Saenz
Attorney-in-Charge
State Bar No. 17514859
Federal Admissions No. 7630
      Alison Kennamer
State Bar No. 11280400
Federal Admissions No. 12023
1201 East Van Buren
Post Office Box 2155
Brownsville, Texas 78522
(956) 542-7441
Fax (956) 541-2170

ATTORNEYS FOR DEFENDANT,
FORD MOTOR COMPANY

## CERTIFICATE OF CONFERENCE

    The undersigned certifies that she has conferred with counsel for Plaintiff and he is not opposed to this Motion.

_____
Alison D. Kennamer

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served upon all counsel of record, to-wit:

George Powell
Hinojosa & Powell
612 Nolana, Suite #410
McAllen, Texas 78504

M. Lloyd Seljos
Law Office of M. Lloyd Seljos
2208 Primrose, Bldg. C
McAllen, Texas 78504

by certified mail, return receipt requested, hand delivery, and/or facsimile transmission pursuant to the Federal Rules of Civil Procedure, on this the 23rd day of February, 2001.

_____
Alison D. Kennamer

FORD/Compaen
FMC's Unopposed Motion to Extend its Expert Designation Deadlines                    Page 4

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| APOLINAR COMPEAN | * | |
| | * | |
| VS. | * | CIVIL ACTION NO. B-00-028 |
| | * | |
| FORD MOTOR COMPANY | * | |

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO EXTEND ITS EXPERT DESIGNATION DEADLINE TO FOLLOW PLAINTIFF'S EXTENDED EXPERT DESIGNATION DEADLINE**

CAME ON BEFORE THE COURT the Unopposed Motion to Extend its Expert Designation Deadline to Follow Plaintiff's Extended Expert Designation Deadline of Defendant Ford Motor Company and the Court, having reviewed the Motion, is of the opinion that the same should be GRANTED.

IT IS, THEREFORE ORDERED that Defendant Ford Motor Company's expert witness designation deadline is extended such that its expert witnesses must be designated on or before March 30., 2001,

SIGNED and ENTERED on this _____ day of _____, 2001.

_____
United States Magistrate