IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 0 2 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| APOLINAR COMPEAN | * | |
| | * | |
| VS. | * | CIVIL ACTION NO. B-00-028 |
| | * | |
| FORD MOTOR COMPANY | * | |

### ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO EXTEND ITS EXPERT DESIGNATION DEADLINE TO FOLLOW PLAINTIFF'S EXTENDED EXPERT DESIGNATION DEADLINE

CAME ON BEFORE THE COURT the Unopposed Motion to Extend its Expert Designation Deadline to Follow Plaintiff's Extended Expert Designation Deadline of Defendant Ford Motor Company (Docket No. 24) and the Court, having reviewed the Motion, is of the opinion that the same should be GRANTED.

IT IS, THEREFORE ORDERED that Defendant Ford Motor Company's expert witness designation deadline is extended such that its expert witnesses must be designated on or before March 30., 2001,

SIGNED and ENTERED on this _1ST_ day of _MARCH_, 2001.

_____
United States Magistrate