IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| APOLINAR COMPEAN | * | |
| | * | |
| VS. | * | CIVIL ACTION NO. B-00-028 |
| | * | |
| FORD MOTOR COMPANY | * | |

United States District Court
Southern District of Texas
FILED
APR 0 5 2001
Michael N. Milby
Clerk of Court

### DEFENDANT'S UNOPPOSED MOTION TO EXTEND DISCOVERY CUTOFF

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, FORD MOTOR COMPANY, Defendant herein, ("Ford") and makes and files this Unopposed Motion to Extend Discovery Cutoff, and for such would show the Court as follows:

**I.**

This case involves Plaintiff's claims against Ford for an alleged seat back failure during an accident when he was rear-ended at high speed by an individual, Reynaldo Salinas (Mr. Salinas has settled with the Plaintiff.). The parties have been properly preparing their cases and engaging in discovery, and they are also trying to explore settlement options.

**II.**

As a part of its preparations, Ford's experts inspected the vehicle and the seat at issue. Ford's experts arrived at some preliminary opinions. They further determined that they would need to destructively disassemble the seat in order to fully evaluate the damage from the accident (which was subsequently repaired and is therefore not obviously visible without disassembly), in light of Plaintiff's claims, based upon what was revealed by Plaintiff's expert designation dates of March 16, 2001. Shortly after that date, counsel for Ford learned from counsel for Plaintiff that he had not designated

experts and instead intended to rely on a claim that, because Plaintiff contends that the metal frame of the seat is the portion that broke in this accident, he does not need expert testimony to claim a defect. Plaintiff's counsel has indicated that he does not oppose the disassembly, and efforts to schedule same are underway. The first available dates are April 26 and 27, 2001.

### III.

The parties are thus working to finalize the discovery in this matter by scheduling the disassembly and then all necessary experts' depositions, which cannot effectively occur until after the disassembly. In the meantime, the parties are engaged in settlement negotiations, and are trying to schedule these depositions after those negotiations have had some time to work. Ford therefore asks for an additional 60 days (or in the alternative, a minimum of 45 days) for discovery in this matter, which would put the discovery cutoff at July 15, 2001 (alternatively, June 15, 2001). Ford believes the trial could take place shortly after such discovery period, if the case has not settled at that time. Defendant is not requesting any extension on designation deadlines or other deadlines that have passed. This Motion is not opposed by counsel for Plaintiff.

WHEREFORE, Defendant Ford Motor Company prays that this Honorable Court grant its Unopposed Motion to Extend Discovery Cutoff and grant to it such other and further relief, at law or in equity, as it may be justly entitled to receive.

Respectfully submitted,

RODRIGUEZ, COLVIN & CHANEY, L.L.P.

By: _____
        Jaime A. Saenz
Attorney-in-Charge
State Bar No. 17514859
Federal Admissions No. 7630
        Alison Kennamer
State Bar No. 11280400
Federal Admissions No. 12023
1201 East Van Buren
Post Office Box 2155
Brownsville, Texas 78522
(956) 542-7441
Fax (956) 541-2170

ATTORNEYS FOR DEFENDANT,
FORD MOTOR COMPANY

## CERTIFICATE OF CONFERENCE

The undersigned certifies that she has conferred with counsel for Plaintiff and he is not opposed to this Motion.

_____
Alison D. Kennamer

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served upon all counsel of record, to-wit:

M. Lloyd Seljos
Law Office of M. Lloyd Seljos
2208 Primrose, Bldg. C
McAllen, Texas 78504

George Powell
Hinojosa & Powell
612 Nolana, Suite 410
McAllen, Texas 78504

by certified mail, return receipt requested, hand delivery, and/or facsimile transmission pursuant to the Federal Rules of Civil Procedure, on this the 5th day of April, 2001.

_____
Alison D. Kennamer