31

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 2 5 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| APOLINAR COMPEAN | * | |
| | * | |
| VS. | * | CIVIL ACTION NO. <u>B-00-028</u> |
| | * | |
| FORD MOTOR COMPANY | * | |

## NOTICE OF ADDITIONAL APPEARANCE OF TRIAL COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

    COMES NOW, Defendant, FORD MOTOR COMPANY, and files this its Notice of Additional Appearance of Trial Counsel pursuant to the Federal Rules of Civil Procedure.

    Defendant's counsel, KURT KUHN, State Bar No. 24002433, Southern District Federal I.D. No. 22915, of the law offices of BROWN, MCCARROLL, OAKS, HARTLINE, will also appear as additional attorney of record for Defendant, FORD MOTOR COMPANY, in the above-referenced cause of action. Mr. Kuhn is a member in good standing of the State Bar of Texas and the Southern District of Texas.

Respectfully submitted,

RODRIGUEZ, COLVIN & CHANEY, L.L.P.

By: _____
      Jaime A. Saenz
      Attorney-in-Charge
State Bar No. 17514859
Federal Admissions No. 7630
      Alison Kennamer
State Bar No. 11280400
Federal Admissions No. 12023
1201 East Van Buren
Post Office Box 2155
Brownsville, Texas 78522
(956) 542-7441
Fax (956) 541-2170

**ATTORNEYS FOR DEFENDANT,
FORD MOTOR COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served upon all counsel of record, to-wit:

M. Lloyd Seljos
Law Office of M. Lloyd Seljos
2208 Primrose, Bldg. C
McAllen, Texas 78504

George Powell
Hinojosa & Powell
612 Nolana, Suite 410
McAllen, Texas 78504

by certified mail, return receipt requested, hand delivery, and/or facsimile transmission pursuant to the Federal Rules of Civil Procedure, on this the 25th day of May, 2001.

_____
Alison D. Kennamer