36

United States District Court
Southern District of Texas
ENTERED

JUN 25 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

## ORDER

| | | |
|---|---|---|
| APOLINAR COMPEAN | § | |
| | § | |
| VS. | § | |
| | § | |
| FORD MOTOR COMPANY | § | CIVIL ACTION NO. B-00-028 |

TYPE OF CASE:       __X__ CIVIL                    ____ CRIMINAL

**TAKE NOTICE** that a proceeding in this case has been set for the place date, and time set forth below:

TYPE OF PROCEEDING:

**STATUS CONFERENCE**

PLACE:                                                                    ROOM NO.:

**UNITED STATES FEDERAL COURTHOUSE**        **SECOND FLOOR COURTROOM, #2**
**600 E. HARRISON STREET**
**BROWNSVILLE, TEXAS**                                        DATE AND TIME:

                                                                                **AUGUST 7, 2001 AT 2:00 P.M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:    JUNE 22, 2001

TO:       MR. GEORGE P. POWELL
            MR. M. LLOYD SELJOS
            MR. JAIME SAENZ
            MS. ALISON KENNAMER