37

United States District Court
Southern District of Texas
FILED

JUL 0 6 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| APOLINAR COMPEAN | * | |
| | * | |
| VS. | * | CIVIL ACTION NO. B-00-028 |
| | * | |
| FORD MOTOR COMPANY | * | |

**AGREED MOTION TO DISMISS
PLAINTIFF'S CLAIMS**

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, Plaintiff APOLINAR COMPEON and Defendant FORD MOTOR COMPANY, and move the Court to dismiss all of Plaintiff's claims herein and in support of this Motion show that all matters in controversy between the parties have been resolved.

WHEREFORE, all parties request this Court sign an Order dismissing all claims by any party herein with prejudice, with costs of court to be taxed against the party incurring same.

Respectfully submitted,

_____
George Powell
State Bar No. 16196000
Federal I.D. No. 3849
HINOJOSA & POWELL
612 Nolana, Suite 410
McAllen, Texas 78504

M. Lloyd Seljos
State Bar No. 18008300
Fed. I.D. No. 983
LAW OFFICE OF M. LLOYD SELJOS
2208 Primrose, Bldg. C
McAllen, Texas 78504

COUNSEL FOR PLAINTIFF

And

_____
Jaime A. Saenz
State Bar No. 17514859
Alison D. Kennamer
State Bar No. 11280400   FedID H12023
RODRIGUEZ, COLVIN & CHANEY, L.L.P.
1201 East Van Buren
Post Office Box 2155
Brownsville, Texas 78522
(956) 542-7441
Fax (956) 541-2170

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served upon all counsel of record, to-wit:

M. Lloyd Seljos
Law Office of M. Lloyd Seljos
2208 Primrose, Bldg. C
McAllen, Texas 78504

George Powell
Hinojosa & Powell
612 Nolana, Suite 410
McAllen, Texas 78504

by certified mail, return receipt requested, hand delivery, and/or facsimile transmission pursuant to the Federal Rules of Civil Procedure, on this the 6th day of July, 2001.

_____
Alison D. Kennamer