Case 1:00-cv-00028   Document 38   Filed in TXSD on 08/06/2001   Page 1 of 2



IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG 0 6 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| APOLINAR COMPEAN | * | |
| | * | |
| VS. | * | CIVIL ACTION NO. B-00-028 |
| | * | |
| FORD MOTOR COMPANY | * | |

## ORDER GRANTING MOTION TO DISMISS

TO THE HONORABLE JUDGE OF SAID COURT:

CAME ON BEFORE THE COURT Plaintiff APOLINAR COMPEON and Defendant FORD MOTOR COMPANY, who are all the parties in this case, by and through their attorneys of record, having informed the Court that Plaintiff no longer wishes to pursue his claims, and these parties pray that the claims be dismissed with prejudice, and it appearing to the Court that the dismissal with prejudice should be made as prayed,

NOW, THEREFORE, IT IS ORDERED, ADJUDGED and DECREED, that all claims asserted in this cause be dismissed with prejudice, all costs taxed against the party incurring same.

SIGNED this 6TH day of AUGUST, 2001.

_____
JUDGE PRESIDING

ClibPDF - www.fastio.com

APPROVED AS TO CONTENT AND FORM:

_[signature]_
COUNSEL FOR PLAINTIFF

_[signature]_
COUNSEL FOR FORD MOTOR COMPANY

ClibPDF - www.fastio.com